AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. |
| Noel SANTANA-Bruno, | ) 25 - 200 (M) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 6, 2025__ in the county of _____ in the __Judicial__ District of __Puerto Rico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possess With Intent to Distribute a Controlled Substance |
| 18 U.S.C. § 924(c)(1)(A) | Possession of a Firearm in Furtherance of a Drug Trafficking Crime |
| 18 U.S.C. § 922(k) | Possession of a Firearm With an Altered Serial Number |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

Reviewed by AUSA Jose A. Contreras

Anthony Sierra, SA, HSI
*Printed name and title*

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 2:01 p.m. on:

Date: 03/07/2025

*Judge's signature*

City and state: San Juan, Puerto Rico

Héctor Ramos-Vega, U.S. Magistrate Judge
*Printed name and title*